UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ROBERT NIGHTINGALE**

        Plaintiff(s)

v.

CIVIL ACTION NO. **19-12341-NMG**

**NATIONAL GRID USA SERVICE COMPANY INC.
ET AL**

        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

GORTON, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by the Court**. In accordance with the Memorandum and Order dated May 19, 2023, D. 112,

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants First Contact, LLC, National Grid USA Service Company, Inc. and iQor US Inc.

        Robert M. Farrell, Clerk

Dated: May 19, 2023

/s/ Haley Currie
( By ) Deputy Clerk